UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| George Fiorentino, | Civil 03-5132 JNE/FLN |
| Plaintiff, | |
| v. | O R D E R |
| United States of America, | |
| Defendant. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 29, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendants' motion to dismiss with prejudice is GRANTED, and Plaintiff's complaint is DISMISSED WITH PREJUDICE.

DATED: April 21, 2006.         s/ Joan N. Ericksen
at Minneapolis, Minnesota         JUDGE JOAN N. ERICKSEN
                                  United States District Court